■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. THEODORE MILLER, Appellant.— In a *coram nobis* proceeding, defendant appeals from an order of the County Court, Westchester County, dated May 8, 1963, which denied without a hearing his application to vacate a judgment of the County Court, Westchester County, rendered October 31, 1961, on his plea of guilty, convicting him of grand larceny in the second degree and imposing sentence as a second felony offender. Order affirmed. In our opinion, while the court's failure to invoke the statutory provisions (Code Crim. Pro., § 335-b) constituted a deprivation of a substantial right to which defendant was entitled

(*People ex rel. Manning* v. *Fay,* 16 N Y 2d 1081), *coram nobis* to correct such error or irregularity does not lie (*People* v. *Levy,* 18 A D 2d 1017). As to the further issues raised by defendant, concerning which no proof was presented to the County Court, this court can make no present determination as to them (*People* v. *Brown,* 18 A D 2d 1102). Beldock, P. J., Christ, Hill, Rabin and Benjamin, JJ., concur.